George W. Rowell, Appellant, v. George Spotswood, Respondent.— Appeal from judgment dismissed, with ten dollars costs. Appeal from order dismissed, with ten dollars costs.

Westinghouse, Church, Kerr & Company, Appellant, v. Remington Salt Company, Respondent.— Order requiring plaintiff to enter interlocutory judgment affirmed, with ten dollars costs and disbursements. No opinion. All concurred. Motion to dismiss appeal from interlocutory judgment denied, without costs.